April 10, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

24/7 GRILL, LLC, Appellant

NO. 14-13-00099-CV                            V.

DONAL S. CLARK, Appellee
_____

      This cause, an appeal from the judgment in favor of appellee, Donal S. Clark, signed January 9, 2013, was heard on the transcript of the record. We have inspected the record and find the evidence legally insufficient. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that appellee take nothing.

      We order that all costs incurred by reason of this appeal be paid by appellee.

      We further order this decision certified below for observance.